IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RONALD WEEKS, #283804, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:12-cv-610-WHA |
| ) | WO |
| MELVIN CLARK, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

On October 30, 2014, the Magistrate Judge filed a Recommendation (Doc. #41) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1.  The Recommendation of the Magistrate Judge is ADOPTED.

2.  The defendant's motion to dismiss is GRANTED as the plaintiff failed to properly exhaust an administrative remedy previously available to him at the Macon County Jail prior to filing this federal civil action.

3. This case is DISMISSED with prejudice in accordance with the provisions of 42 U.S.C. § 1997e(a) for the plaintiff's failure to properly exhaust an administrative remedy provided to him during his confinement in the Macon County Jail as this remedy is no longer available to him with respect to the claims presented in this cause of action.

DONE this the 25th day of November, 2014.

                                                  /s/ W. Harold Albritton
                                  UNITED STATES DISTRICT JUDGE