IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RONALD WEEKS, #283804,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>MELVIN CLARK,  )<br>  )<br>    Defendant.  ) | CASE NO. 3:12-cv-610-WHA<br>WO |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendant and against the plaintiff and that this action is DISMISSED with prejudice.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 25th day of November, 2014.

/s/ W. Harold Albritton
UNITED STATES DISTRICT JUDGE